TOWN OF MONROE *v.* JOHN C. MANDANICI, JR., ET AL.
(12922)

DUPONT, C. J., HEIMAN and SCHALLER, Js.

Argued April 27—decision released May 24, 1994

*Joseph R. Mirrione,* for the appellant (named defendant).

*William T. Browne,* with whom, on the brief, was *William J. Varese,* for the appellee (plaintiff).

PER CURIAM. The judgments are affirmed and the case is remanded for the purpose of setting new law days.